## Truesdale *v.* Ford.

### (April Term, 1865.)

REVERSAL FOR NON-JOINDER IN ERROR—*waiver thereof.*   The right to insist upon a reversal of a judgment for non-joinder in error, is waived by the defendant filing briefs in the cause.

THIS cause being reached upon the first call of the docket, Mr. COOPER, counsel for the plaintiff in error, said he was ready to proceed in the argument, and that briefs had been filed by both parties, but as there was no joinder in error in compliance with a rule taken for that purpose, he moved that the judgment below be reversed for non-joinder in error.

Per CURIAM: We think the plaintiff has waived his right to insist upon a reversal for non-joinder, by filing briefs in the cause. So the counsel will proceed with the argument.